UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

DONNA WHITAKER

    Plaintiff,

V.                                                  CIVIL ACTION NO
                                                    1:14-cv-01862-WDQ

RETRIEVAL MASTERS CREDITORS BUREAU, INC.

Defendant.                                       SEPTEMBER 23, 2014

## NOTICE OF DISSMISSAL

The plaintiff through her attorney Bernard T. Kennedy stipulates that the claims in the above-entitled action shall be dismissed with prejudice and without costs, subject to approval of the Court.

"APPROVED"
9/23/14
Date

William D. Quarles, Jr.
United States District Judge

THE PLAINTIFF

BY /S/Bernard T. Kennedy
Bernard T. Kennedy, Esquire
The Kennedy Law Firm
163 Mitchells Chance Road, #244
Edgewater, MD 21037
Ph  (443) 607-8901
Fax (443) 440-6372
Fed. Bar # Md26843
bernardtkennedy@yahoo.com